# United States Bankruptcy Court
## Eastern District of Michigan

In re **Jerry Krempa / Betty Krempa**, Debtor(s)

Case No. **10-49894-T**
Chapter **13**

## ORDER ALLOWING DEBTOR TO INCUR DEBT (Vehicle Lease)

Having no adverse impact to any creditor and the Trustee having endorsed this Order (for the purpose of replacing the 2012 Fushion lease is up 1/20/14.

Debtors are hereby allowed to incur debt for a vehicle lease, as follows:

**YEAR/ MAKE MODEL**: 2014 Ford Focus or vehicle similar

**TOTAL LEASE AMOUNT**: Not greater then $29000.00 for 24 months

**SELLERS NAME**: Ford

**FINANCERS NAME**: Ford Motor Credit or Finance Company Similar

**MONTHLY PAYMENT**:   Not greater then $290.00 per month

**METHOD OF PAYMENT**: Direct

**LEASE LENGTH:**   Not greater then 24 months

**TAX RATE AT: .65%**

It is further ordered that a copy of new loan documents shall be provided to the Trustee within 10 days of vehicle lease.

It is further ordered that the confirmed plan, as last modified, shall remain in full effect; that notice is waived as no parties will be adversely affected; counsel shall serve a copy of this order upon the trustee and this order is effective for 60 days from date of entry; and the Trustee shall receive a copy of the new loan documents within 10 days of vehicle lease.

.

**Signed on January 16, 2014**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge